B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nebraska

In re  **Professional Veterinary Products, Ltd.**  
                                Debtor(s)

Case No. _____  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Agri Laboratories Ltd<br>PO Box 802278<br>Kansas City, MO 64180-2278 | Agri Laboratories Ltd<br>PO Box 802278<br>Kansas City, MO 64180-2278 | Inventory | | 567,801.57 |
| Bayer Corporation<br>Attn: Beth Houser<br>PO Box 121026<br>Dallas, TX 75312-1026 | Beth Houser<br>Bayer Corporation<br>PO Box 121026<br>Dallas, TX 75312-1026<br>800-255-6517 | Trade | | 176,575.34 |
| Bimeda Animal Health Inc<br>Attn: Marianne Anderson<br>One Tower Lane Suite 2250<br>Oakbrook Terrace, IL 60181 | Marianne Anderson<br>Bimeda Animal Health Inc<br>One Tower Lane Suite 2250<br>Oakbrook Terrace, IL 60181<br>630-928-0361 | Inventory | | 203,647.56 |
| Boehringer Ingelheim Vetmedica<br>Attn: Jenny Sales<br>PO Box 5849<br>Carol Stream, IL 60197-5849 | Jenny Sales<br>Boehringer Ingelheim Vetmedica<br>PO Box 5849<br>Carol Stream, IL 60197-5849<br>800-325-9167 | Trade | | 2,179,703.23 |
| Central Life Sciences/Vet Product Labs<br>PO Box 4336<br>Saint Louis, MO 63150-4336 | Central Life Sciences/Vet Product Labs<br>PO Box 4336<br>Saint Louis, MO 63150-4336 | Inventory | | 165,879.15 |
| Ceva Animal Health Inc<br>Dept LA 23102<br>Pasadena, CA 91185-3102 | Ceva Animal Health Inc<br>Dept LA 23102<br>Pasadena, CA 91185-3102 | Inventory | | 179,760.42 |
| Idexx Distribution Corporation<br>Attn: Louise Douglas<br>PO Box 101327<br>Atlanta, GA 30392-1327 | Louise Douglas<br>Idexx Distribution Corporation<br>PO Box 101327<br>Atlanta, GA 30392-1327<br>207-856-0300 | Trade | | 1,444,037.10 |
| Intervet Inc / Schering Plough<br>Attn: Mike Marino<br>PO Box 198428<br>Atlanta, GA 30384-8428 | Mike Marino<br>Intervet Inc<br>PO Box 198428<br>Atlanta, GA 30384-8428<br>800-521-5767 | Trade | | 1,840,645.64 |

B4 (Official Form 4) (12/07) - Cont.

In re  Professional Veterinary Products, Ltd.                     Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Jorgensen Laboratories Inc<br>Attn: Cindy Alexander<br>1450 N Van Buren Ave<br>Loveland, CO 80538 | Cindy Alexander<br>Jorgensen Laboratories Inc<br>1450 N Van Buren Ave<br>Loveland, CO 80538<br>800-525-5614 | Trade | | 271,779.01 |
| Kendall/Covidien<br>Attn: Missy Silver<br>Department 00 10318<br>Palatine, IL 60055-0318 | Missy Silver<br>Kendall/Covidien<br>Department 00 10318<br>Palatine, IL 60055-0318<br>800-962-9888 | Trade | | 426,490.02 |
| Lionel Reilly<br>20620 Corral Road<br>Elkhorn, NE 68022 | Lionel Reilly<br>Lionel Reilly<br>20620 Corral Road<br>Elkhorn, NE 68022 | SERP | | 3,276,535.86 |
| Merial Limited<br>Attn: Carole Stoddard<br>PO Box 409546<br>Atlanta, GA 30384-9546 | Carole Stoddard<br>Merial Limited<br>PO Box 409546<br>Atlanta, GA 30384-9546<br>888-637-4251 | Trade | | 751,473.13 |
| Neogen Corporation<br>Attn: Greg Hardin<br>25154 Network Place<br>Chicago, IL 60673 | Greg Hardin<br>Neogen Corporation<br>25154 Network Place<br>Chicago, IL 60673<br>800-525-2022 | Trade | | 211,891.12 |
| Norbrook Labs<br>Station Works<br>Newry NI BT35 6JP | Norbrook Labs<br>Station Works<br>Newry NI BT35 6JP<br>0114-42830258215 | Trade | | 179,923.73 |
| Novartis Animal Health US Inc<br>Attn: Nancy White<br>PO Box 402925<br>Atlanta, GA 30384-2925 | Nancy White<br>Novartis Animal Health US Inc<br>PO Box 402925<br>Atlanta, GA 30384-2925<br>800-843-3386 | Trade | | 964,932.29 |
| Nutra-Blend LLC<br>Attn: Mike Osborne<br>PO Box 202619<br>Dallas, TX 75320 | Mike Osborne<br>Nutra-Blend LLC<br>PO Box 202619<br>Dallas, TX 75320<br>417-451-6111 | Trade | | 249,538.37 |
| Pfizer<br>Attn: David Hall<br>PO Box 747029<br>Pittsburgh, PA 15274-7029 | David Hall<br>Pfizer<br>PO Box 747029<br>Pittsburgh, PA 15274-7029<br>800-733-5500 | Trade | | 9,210,189.24 |
| Top Rx Inc<br>Attn: Rita Fernandez<br>PO Box 1844 Dept T-5<br>Memphis, TN 38101-1844 | Rita Fernandez<br>Top Rx Inc<br>PO Box 1844 Dept T-5<br>Memphis, TN 38101-1844<br>800-542-8677 | Trade | | 217,395.53 |

B4 (Official Form 4) (12/07) - Cont.

In re  Professional Veterinary Products, Ltd.  
           Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Virbac Corp<br>Attn: Patti Rucas<br>PO Box 731119<br>Dallas, TX 75373-1119 | Patti Rucas<br>Virbac Corp<br>PO Box 731119<br>Dallas, TX 75373-1119<br>800-338-3659 | Trade | | 376,493.12 |
| West-Ward Pharmaceutical Corp<br>Attn: Michael Raya<br>PO Box 841888<br>Dallas, TX 75284-1888 | Michael Raya<br>West-Ward Pharmaceutical Corp<br>PO Box 841888<br>Dallas, TX 75284-1888<br>800-631-2174 | Trade | | 165,778.68 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August 20, 2010**          Signature  **/s/ Stephen J. Price**  
                                              **Stephen J. Price**  
                                              **President and Chief Executive Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.