# EXHIBIT C

1 Professional Veterinary Products
2 10-Week Cash Flow & Availability Analysis
3 August 19, 2010

| | | Estimated 8/20/10 | Projected 8/27/10 | Projected 9/3/10 | Projected 9/10/10 | Projected 9/17/10 | Projected 9/24/10 | Projected 10/1/10 | Projected 10/8/10 | Projected 10/15/10 | Projected 10/22/10 | Projected 10/29/10 | Projected 8/21/10-10/29/10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | *Sources of Cash* | | | | | | | | | | | | |
| 7 | Product A/R receipts net of Returns | $ 6,237,469 | $ 3,974,784 | $ 3,210,769 | $ 4,265,907 | $ 3,303,634 | $ 1,041,865 | $ 955,243 | | | | | $ 16,752,202 |
| 8 | Collection of Swine Sales | 2,512,098 | | | | | | | | | | | |
| 9 | Net Collection on Bulk Sale | 1,481,830 | | | 9,298,774 | | | | | | | | 9,298,774 |
| 10 | Net Sale of Fixed Assets | | | | 347,705 | | | 143,051 | | | | | 490,756 |
| 11 | Net Sale of Building | | | | | | 2,933,000 | | | | | | 2,933,000 |
| 12 | Cash Value Life Insurance Policy | | | | | | | | | | | | |
| 13 | Recapture of Credit Card Holdback | | | | | | | | | | | | |
| 14 | Recapture of Utilities Reserve | | | | | | | | | | | | |
| 15 | Recapture of Professional Retainers | | | | | | | | | | | | |
| 16 | Collection of Sales Taxes | 112,545 | 43,723 | 35,318 | 153,036 | 36,340 | 11,461 | 12,081 | | | | | 291,959 |
| 17 | Total cash receipts | $ 10,343,943 | $ 4,018,506 | $ 3,246,088 | $ 14,065,423 | $ 3,339,974 | $ 3,986,326 | $ 1,110,375 | $ - | $ - | $ - | $ - | $ 29,766,691 |
| 18 | *Uses of Cash* | | | | | | | | | | | | |
| 19 | Inventory purchases | 200,000 | 800,000 | 800,000 | | | | | | | | | 1,600,000 |
| 20 | Freight and supplies | 172,804 | 100,000 | 100,000 | | | | | | | | | 200,000 |
| 21 | Wages, Commissions, Spiffs and Taxes | 690,809 | | 614,980 | | 301,751 | | 207,084 | | 134,544 | | 121,889 | 1,380,247 |
| 22 | Benefits | 83,333 | 22,382 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 31,250 | 31,250 | 31,250 | 31,250 | 397,882 |
| 23 | Retention | | | | | 602,632 | | | | | | | 602,632 |
| 24 | Professional and Trustee Fees | 365,606 | 350,000 | | | 525,000 | 2,933,000 | | | 445,000 | | | 1,320,000 |
| 25 | Credit card fees | 37,425 | 23,849 | 19,265 | 25,595 | 19,822 | 6,251 | 5,731 | | | | | 100,513 |
| 26 | Credit Card Holdback | 148,309 | 200,000 | | | | | | | | | | 200,000 |
| 27 | Wells Fargo interest | | | 95,858 | | | | 8,318 | | | | | 104,177 |
| 28 | Payment of Sales Taxes | 140,000 | 62,000 | | | 279,719 | | | | 248,236 | | | 589,956 |
| 29 | Building Expenses | 3,349 | 3,349 | 2,010 | 2,010 | 2,010 | 2,010 | 2,010 | 2,439 | 2,439 | 2,439 | 2,439 | 23,151 |
| 30 | Building Lease | | | 6,687 | | | | | | | | | 6,687 |
| 31 | Equipment Leases and Expenses | 92,000 | 31,795 | 15,277 | 15,277 | 15,277 | 15,277 | 15,277 | 19,088 | 19,088 | | | 146,355 |
| 32 | Utilities and Postage Expense | 89,145 | 79,899 | 12,980 | 12,980 | 12,980 | 12,980 | 12,980 | 16,097 | 16,097 | 16,097 | 16,097 | 209,188 |
| 33 | Utilities Deposit | | 120,086 | | | | | | | | | | 120,086 |
| 34 | Insurance | 3,500 | 200,000 | | | | | 22,000 | | 22,000 | | | 244,000 |
| 35 | Personal Property Taxes | 5,000 | | | | | | 5,000 | | 5,000 | | | 10,000 |
| 36 | Real Estate Taxes | | | | | | 50,000 | | | | | | 50,000 |
| 37 | Accounting and Tax Fees | 90,000 | | | | | | | | | | | |
| 38 | Bank Fees | 75,000 | | | | | | | | | | | |
| 39 | Financing Expense/(Income) | | | | | | | | | | | | |
| 40 | Misc. G&A and Other fees | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 350,000 |
| 41 | Total Weekly Disbursements | 2,231,280 | 2,028,860 | 1,752,056 | 140,862 | 1,591,470 | 451,237 | 336,400 | 103,874 | 710,418 | 333,022 | 206,675 | 7,654,874 |
| 42 | Net CF Prior to timing and checks OS | 8,112,662 | 1,989,646 | 1,494,031 | 13,924,561 | 1,748,503 | 3,535,089 | 773,976 | (103,874) | (710,418) | (333,022) | (206,675) | 22,111,817 |
| 43 | Checks mailed not cashed | 650,498 | | | | | | | | | | | |
| 44 | Cash vs. Accrual Timing Difference | | | | | | | | | | | | |
| 45 | Total Timing Diff and cks OS | 630,498 | | | | | | | | | | | |
| 46 | Total outflows, timing and cks OS | 2,861,778 | 2,028,860 | 1,752,056 | 140,862 | 1,591,470 | 451,237 | 336,400 | 103,874 | 710,418 | 333,022 | 206,675 | 7,654,874 |
| 47 | Net operating cash flow | 7,482,164 | 1,989,646 | 1,494,031 | 13,924,561 | 1,748,503 | 3,535,089 | 773,976 | (103,874) | (710,418) | (333,022) | (206,675) | 22,111,817 |
| 48 | Total beginning Cash | | | | | | | | | | | | |
| 49 | Ending Cash | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| 50 | *Borrowing Base* | | | | | | | | | | | | |
| 51 | Accounts receivable | 16,926,901 | 14,678,245 | 13,059,547 | 8,793,640 | 5,490,006 | 4,448,141 | 3,492,898 | 3,492,898 | 3,492,898 | 3,492,898 | 3,492,898 | 3,492,898 |
| 52 | Less: Ineligible AR | (2,626,188) | (2,626,188) | (2,626,188) | (2,626,188) | (2,626,188) | (2,626,188) | (2,626,188) | (2,626,188) | (2,626,188) | (2,626,188) | (2,626,188) | (2,626,188) |
| 53 | Eligible Balance | 14,300,713 | 12,052,057 | 10,433,359 | 6,167,452 | 2,863,818 | 1,821,953 | 866,710 | 866,710 | 866,710 | 866,710 | 866,710 | 866,710 |
| 54 | Advance rate | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% | 80% |
| 55 | Total A/R availability | 11,440,570 | 9,641,645 | 8,346,688 | 4,933,962 | 2,291,055 | 1,457,563 | 693,368 | 693,368 | 693,368 | 693,368 | 693,368 | 693,368 |
| 56 | Inventory | 10,995,381 | 10,073,245 | 9,440,380 | | | | | | | | | |
| 57 | Less: Ineligible Inventory | (3,927,570) | (1,727,570) | (1,727,570) | | | | | | | | | |
| 58 | Eligible Balance | 7,063,311 | 8,345,675 | 7,712,810 | | | | | | | | | |
| 59 | Advance Rate: | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% |
| 60 | Total Inventory Availability | 3,534,156 | 4,172,837 | 3,856,405 | | | | | | | | | |
| 61 | Total Availability Prior to Reserves | 14,974,726 | 13,814,483 | 12,203,093 | 4,933,962 | 2,291,055 | 1,457,563 | 693,368 | 693,368 | 693,368 | 693,368 | 693,368 | 693,368 |
| 62 | Liquidity reserves | 5,500,000 | 5,750,000 | 5,750,000 | 5,750,000 | 5,750,000 | 5,750,000 | 5,750,000 | 5,750,000 | 5,750,000 | 5,750,000 | 5,750,000 | 5,750,000 |
| 63 | Rebate and LCs reserves | | | | | | | | | | | | |
| 64 | Total Availability Prior to to Line Limit | 9,474,726 | 8,064,483 | 6,453,093 | | | | | | | | | |
| 65 | Line Limit | 40,000,000 | 40,000,000 | 40,000,000 | 40,000,000 | 40,000,000 | 40,000,000 | 40,000,000 | 40,000,000 | 40,000,000 | 40,000,000 | 40,000,000 | 40,000,000 |
| 66 | Lesser of Line Limit or Availability | 9,474,726 | 8,064,483 | 6,453,093 | 4,498,098 | 2,291,055 | 1,457,563 | 693,368 | 693,368 | 693,368 | 693,368 | 693,368 | 693,368 |
| 67 | *Revolver balance* | | | | | | | | | | | | |
| 68 | Beginning LOC Balance | 15,463,940 | 7,981,775 | 5,992,129 | 4,498,098 | (9,426,463) | (11,174,967) | (14,710,056) | (15,484,031) | (15,380,157) | (14,669,739) | (14,336,717) | 7,981,775 |
| 69 | (Paydown)/Increase of LOC | (7,482,164) | (1,989,646) | (1,494,031) | (13,924,561) | (1,748,503) | (3,535,089) | (773,976) | 103,874 | 710,418 | 333,022 | 206,675 | (22,111,817) |
| 70 | Ending Revolver/(Cash) Balance | 7,981,775 | 5,992,129 | 4,498,098 | (9,426,463) | (11,174,967) | (14,710,056) | (15,484,031) | (15,380,157) | (14,669,739) | (14,336,717) | (14,130,042) | (14,130,042) |
| 71 | Net Revolver Available | 1,492,951 | 2,072,354 | 1,954,995 | 9,426,463 | 11,174,967 | 14,710,056 | 15,484,031 | 15,380,157 | 14,669,739 | 14,336,717 | 14,130,042 | 14,130,042 |
| 72 | Additional Financing Required | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |

1 Professional Veterinary Products
2 10 Week Cash Flow & Availability Analysis
3 August 19, 2010

| | | Estimated 8/20/10 | Projected 8/27/10 | Projected 9/3/10 | Projected 9/10/10 | Projected 9/17/10 | Projected 9/24/10 | Projected 10/1/10 | Projected 10/8/10 | Projected 10/15/10 | Projected 10/22/10 | Projected 10/29/10 | Projected 8/21/10-10/29/10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75 | Net Amount Owed to Wells | $ 7,981,775 | $ 5,992,129 | $ 4,498,098 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| 127 | Change in Sales Summary | | | | | | | | | | | | |
| 128 | Original Forecasted Regular Sales | 4,453,872 | 4,453,872 | 4,189,663 | | | | | | | | | |
| 129 | Reduction in sales for reduced inventory | 40% | 38% | 38% | | | | | | | | | |
| 130 | Adjusted Sales | 1,773,549 | 1,684,872 | 1,592,072 | | | | | | | | | |
| 131 | Sale of Inventory to Buyer | 1,481,830 | | | 9,440,380 | | | | | | | | |
| 132 | Poultry Sales | 41,256 | 41,256 | | | | | | | | | | |
| 135 | | | | | | | | | | | | | |
| 136 | Beginning AR | 23,861,663 | 16,926,901 | 14,678,245 | 13,059,547 | 8,793,640 | 5,490,006 | 4,448,141 | 3,492,898 | 3,492,898 | 3,492,898 | 3,492,898 | |
| 137 | Plus Regular Sales | 1,773,549 | 1,684,872 | 1,592,072 | | | | | | | | | |
| 138 | Plus Inventory sold to Buyer @ Cost | 1,481,830 | | | 9,440,380 | | | | | | | | |
| 139 | Plus Poultry Sales | 41,256 | 41,256 | | | | | | | | | | |
| 140 | Addback of cash collected on Monday that already reduced the line (one time adjustment) | | | | | | | | | | | | |
| 141 | Less Collections on sales prior to 8/7 | (8,749,567) | (3,974,784) | (3,179,827) | | | | | | | | | |
| 142 | Less Collections on sales post 8/7 | | | | (2,649,856) | (2,119,885) | | | | | | | |
| 143 | Less Payment on Inventory Sold to Buyer @ cost | (1,481,830) | | | (1,585,109) | (1,152,807) | (1,010,923) | (955,243) | | | | | |
| 144 | Less Poultry Collections | | | | (9,440,380) | | | | | | | | |
| 145 | Ending AR | | (30,942) | (30,942) | (30,942) | (30,942) | | | | | | | |
| 146 | | 16,926,901 | 14,678,245 | 13,059,547 | 8,793,640 | 5,490,006 | 4,448,141 | 3,492,898 | 3,492,898 | 3,492,898 | 3,492,898 | 3,492,898 | |
| 147 | Adjusted Regular COGS | 1,596,194 | 1,516,384 | 1,432,865 | | | | | | | | | |
| 148 | | | | | | | | | | | | | |
| 149 | Beginning Regular Inventory | 13,173,906 | 10,192,755 | 9,373,245 | 9,440,380 | | | | | | | | |
| 150 | Less Regular COGS | (1,596,194) | (1,516,384) | (1,432,865) | | | | | | | | | |
| 151 | Less: Poultry COGS | (103,126) | (103,126) | | | | | | | | | | |
| 152 | Less: Micro Sale | (1,481,830) | | | | | | | | | | | |
| 153 | Purchases | 200,000 | 800,000 | 800,000 | | | | | | | | | |
| 154 | Ending Inventory | 10,192,755 | 9,373,245 | 8,740,380 | 9,440,380 | | | | | | | | |
| 155 | Swine Inventory | 700,000 | 700,000 | 700,000 | | | | | | | | | |
| 156 | Poultry Inventory | 103,126 | | | | | | | | | | | |
| 157 | Total Inventory | 10,995,881 | 10,073,245 | 9,440,380 | 9,440,380 | | | | | | | | |
| 158 | Inventory Sold to Buyer | 0 | | | (9,440,380) | | | | | | | | |
| 159 | Ending Inventory | 10,995,881 | 10,073,245 | 9,440,380 | | | | | | | | | |
| 160 | | | | | | | | | | | | | |
| 161 | | | | | | | | | | | | | |
| 162 | Beginning Inventory AP Balance | 23,117,922 | 23,117,922 | 23,117,922 | 23,117,922 | 23,117,922 | 23,117,922 | 23,117,922 | 23,117,922 | 23,117,922 | 23,117,922 | 23,117,922 | |
| 163 | Purchases | 200,000 | 800,000 | 800,000 | | | | | | | | | |
| 164 | COD Payments | (200,000) | (800,000) | (800,000) | | | | | | | | | |
| 165 | Ending Inventory AP Balance | 23,117,922 | 23,117,922 | 23,117,922 | 23,117,922 | 23,117,922 | 23,117,922 | 23,117,922 | 23,117,922 | 23,117,922 | 23,117,922 | 23,117,922 | |
| 166 | Non Inventory AP | 700,087 | 700,087 | 700,087 | 700,087 | 700,087 | 700,087 | 700,087 | 700,087 | 700,087 | 700,087 | 700,087 | |
| 167 | Total AP Balance | 23,818,009 | 23,818,009 | 23,818,009 | 23,818,009 | 23,818,009 | 23,818,009 | 23,818,009 | 23,818,009 | 23,818,009 | 23,818,009 | 23,818,009 | |
| 168 | | | | | | | | | | | | | |
| 169 | Disbursement per FB Agreement prior to 10% cushion | 5,591,832 | 4,812,423 | | | | | | | | | | |
| 170 | Total Disbursements | 2,231,280 | 2,028,860 | | | | | | | | | | |
| 171 | Forecast Variance to FB Agreement | 3,360,552 | 2,783,563 | | | | | | | | | | |