IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In re: | ) ) ) | Case No. 10-82436 |
| PROFESSIONAL VETERINARY PRODUCTS, LTD, A NEBRASKA CORPORATION, | ) ) ) ) ) | CHAPTER 11 |
| Debtor, | ) ) | |
| In re: | ) ) ) | Case No. 10-82438 |
| EXACT LOGISTICS, LLC, | ) ) ) | CHAPTER 11 |
| Debtor, | ) ) | |
| In re: | ) ) ) | Case No. 10-82437 |
| PROCONN, LLC, | ) ) ) | CHAPTER 11 |
| Debtor, | ) ) ) | |

**MOTION FOR ORDER GRANTING SHORTENED NOTICE AND EXPEDITED HEARING ON THE FIRST-DAY MOTIONS AS DEFINED BELOW**

Professional Veterinary Products, LTD, a Nebraska corporation ("PVP"), and its affiliates ProConn, LLC ("ProConn") and Exact Logistics, LLC ("Exact Logistics"), both Nebraska limited liability companies, debtors and debtors in possession (collectively, the "Debtors"), and pursuant to Local Rule 9006-1, respectfully moves this Court to (i) shorten the notice period to four (4) calendar days and to set an expedited hearing date on August 25, 2010, or as soon thereafter as the Court's schedule permits, regarding the Debtors First-Day Motions, as defined below, and (ii) set an expedited preliminary hearing date for the temporary, interim approval of the DIP Facility under the DIP Motion, as defined below, and (iii) setting a time and date for a final hearing on approval of the DIP Facility. In support of this motion, the Debtors show the Court as follows:

1.     On August 20, 2010 (the "Petition Date"), the Debtors filed with this Court a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtors continue to operate its business and manage its property as debtors-in-possession in accordance with Sections 1107 and 1108 of the Bankruptcy Code.

2.     No trustee or examiner has been appointed.

3.     The Debtors are filing contemporaneously with this motion the first-day motions set forth on Exhibit "A" attached hereto (the "First-Day Motions").

4.     The First-Day Motions seek the approval of, among other relief, the Debtors retention and compensation of its necessary professionals, the continuation of utility services, the use of its existing bank accounts, the authorization to pay pre-petition wages and employee benefits, the payment of sales and use tax, and interim approval of a DIP Facility as requested in the "DIP Motion" (as defined in Exhibit "A"), to continue to preserve the value of the Debtors assets. The Debtors therefore wish to shorten the notice period and have an expedited hearing on the First-Day Motions in order to maintain the value of its assets.

5.     The Debtors therefore request that the Court set a shortened notice period of four (4) calendar days and an expedited hearing on August 25, 2010, or as soon thereafter as the Court's schedule permits, be set for the First-Day Motions.

6.     The Debtors further request that the Court set an expedited preliminary hearing date for the temporary, interim approval of the DIP Facility on August 25, 2010, or as soon thereafter as the Court's schedule permits, and set a time and date for a final hearing on the approval of the DIP Facility.

WHEREFORE the Debtors request that this Court (i) grant a shortened notice period of four (4) calendar days, set an expedited hearing date on or about August 25, 2010 for the First-

Day Motions; (ii) set an expedited preliminary hearing date for the temporary, interim approval of the DIP Facility on August 25, 2010, or as soon thereafter as the Court's schedule permits, (iii) set a time and date for a final hearing on the approval of the DIP Facility as soon as the Court's schedule permits, and (iv) grant such other and further relief as this Court may deem just and proper.

DATED this 20 day of August, 2010.

Respectfully submitted,

**PROFESSIONAL VETERINARY PRODUCTS, LTD, A Nebraska Corporation, EXACT LOGISTICS, LLC, a Nebraska limited liability company and PROCONN, LLC, a Nebraska limited liability company**, Debtors

By: */s/ Robert J. Bothe*
Robert J. Bothe, #15018
James J. Niemeier, #18838
Michael T. Eversden, #21941
Robert P. Diederich, #23393
McGrath North Mullin & Kratz, PC LLO
Suite 3700, First National Tower
1601 Dodge Street
Omaha, Nebraska 68102-1627
Telephone: 402-341-3070
Facsimile: (402) 341-0216

**ATTORNEYS FOR DEBTORS**

# CERTIFICATE OF SERVICE

I hereby certify that on August 20th, 2010, I caused filing of the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, and further certify that on the same date I mailed by Federal Express Overnight delivery, this document to each of the parties listed below with a street address with the foregoing sent via regular, U.S. mail to those with a P.O. Box:

Wells Fargo, National Association
C/O Christopher J. Fisher
Laurence M. Frazen
Trevor A. Jenkins
Bryan Cave LLP
1200 Main Street, Suite 3500
Kansas City, MO 64105

Nebraska Department of Revenue
Attn: Bankruptcy Unit
301 Centennial Mall South
Lincoln, NE 68509-4818

Internal Revenue Service
Fresno, CA 93888-0002

United States Trustee's Office
111 South 18th Plaza
Suite 1148
Omaha, NE 68102

Agri Laboratories Ltd
20927 State Route K
St Joseph, MO 64505-3570

Bayer Healthcare LLC
12809 Shawnee Mission Pkwy
Shawnee KS 66216-1846

Bimeda Animal Health Inc
Attn: Marianne Anderson
One Tower Lane Suite 2250
Oakbrook Terrace, IL 60181

Boehringer Ingelheim
Vetmedica
2621 N Belt Highway
St. Joseph, MO 64506-2002

Idexx Distribution Corporation
One IDEXX Drive
Westbrook, ME 04092

Intervet, Inc. / Schering Plough
556 Morris Ave
Summit, NJ 07901-1330

Jorgensen Laboratories Inc
Attn: Cindy Alexander
1450 N Van Buren Ave
Loveland, CO 80538

Kendall/Covidien
15 Hampshire St
Mansfield, MA 02048

Central Life Sciences / Vet Product
Laboratories
1501 E. Woodfield Rd Suite 200W
Schaumburg, IL 60173

Lionel Reilly
20620 Corral Road
Elkhorn, NE 68022

| | |
|---|---|
| Merial Limited<br>115 Trans Tech Drive<br>Athens, GA 30601 | Neogen Corporation<br>Attn: Greg Hardin<br>25154 Network Place<br>Chicago, IL 60673 |
| Norbrook Labs<br>9733 Loiret Blvd<br>Lenexa, KS 66219 | Novartis Animal Health US Inc<br>10401 Highway 6<br>Lincoln, NE 68517 |
| Nutra-Blend LLC<br>3200 2nd Street<br>Neosho, MO 64850-7738 | Pfizer, Inc.<br>812 Springdale Drive<br>Exton, PA 19341 |
| Ceva Animal Health, Inc.<br>465 Sovereign Ct.<br>St. Louis, MO 63011 | Top Rx Inc<br>2950 Brother Boulevard<br>Memphis, TN 38133-3968 |
| Virbac Corp<br>3200 Meacham Boulevard<br>Fort Worth, TX 76137-4611 | West-Ward Pharmaceutical Corp<br>3030 Lyndon B Johnson Freeway<br>Dallas, TX 75234-7781 |
| Metropolitan Utility District<br>1723 Harney Street<br>Omaha, NE 68102 | Black Hills Energy<br>1815 Capitol Avenue<br>Omaha, NE 68102-4905 |
| Omaha Public Power District<br>444 South 16th Street<br>Omaha, NE 68102-2247 | Columbia Gas of Pennsylvania<br>501 Technology Drive<br>Canonsburg, PA 45274-2510 |
| Met Ed<br>76 South Main Street<br>A-RPC<br>Akron, OH 44308-1890 | AT&T<br>PO Box 1809<br>Paramus, NJ 07653-1809 |
| Cox<br>PO Box 94927<br>Lincoln, NE 68509-4927 | KeyOn SpeedNet LLC<br>11742 Stonegate Circle<br>Omaha, NE 68164 |
| MediaComm<br>1005 N Frederick Ste 6<br>Oelwein, IA 50662-1018 | Qwest<br>PO Box 91154<br>Seattle, WA 98111-9254 |

| | |
|---|---|
| Qwest<br>PO Box 52187<br>Phoenix, AZ 85072-2187 | Sprint<br>KSOPHT0101-Z4300<br>6391 Sprint Parkway<br>Overland Park, KS 66251-4300 |
| Sprint<br>KSOPHT0101-Z4300<br>6391 Sprint Parkway<br>Overland Park, KS 66251-4300 | Verizon<br>777 Big Timber Road<br>Elgin, Il 60123 |
| Verizon<br>777 Big Timber Road<br>Elgin, Il 60123 | LightYear<br>1901 Eastpoint Parkway<br>Louisville, KY 40223 |
| Fulton Bank<br>30 South George<br>York, PA 17401 | Wells Fargo Bank<br>109 South 7th Street<br>Minneapolis, MN 55402 |
| First National Bank of Omaha<br>1620 Dodge Street<br>Omaha, NE 68103 | JP Morgan Chase Bank N.A.<br>270 Park Ave<br>New York, NY 10017 |
| Multimin USA, Inc.<br>2809 East Harmony Road, Suite 190<br>Fort Collins, CO 80528 | |

        /s/ *Robert J. Bothe*_____
        Robert J. Bothe