BORGES & ASSOCIATES, LLC
575 Underhill Blvd., Ste. 118
Syosset, New York 11791
Telephone: (516) 677-8200
Facsimile: (516) 677-0806
borgeslawfirm@aol.com
Wanda Borges, Esq. (wb4904)

Attorneys for Pfizer Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEBRASKA (OMAHA)

-------------------------------------------------------------X

In re:

PROFESSIONAL VETERINARY PRODUCTS, LTD

                Debtor.

Chapter 11

Case No. 10-82436-TLS

-------------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Borges & Associates, LLC hereby appears in this case as attorneys for the Office Committee of Unsecured Creditors.

**REQUEST IS HEREBY MADE**, pursuant to 11 U.S.C. §§ 102(1), 342 and 1109(b) and Bankruptcy Rules 2002, 3017, 9007 and 9010(b), that all notices given or required to be given in this case or required to be served in this case, shall be directed to and served upon:

> Wanda Borges, Esq.
> Borges & Associates, LLC
> 575 Underhill Blvd., Suite 118
> Syosset, New York 11791
> 516-677-8200 x225
> borgeslawfirm@aol.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, suggestions,

complaint demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise with regard to the above cases and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that the undersigned intends that neither this Notice of Appearance and Demand for Notices and Papers nor any subsequent appearance, pleading, claim or suit shall be deemed or construed to be a waiver of the right (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (ii) to have a trial by jury in this action or proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to any other rights, claims, actions, setoffs, or recoupments which may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved without limitation.

Dated: Syosset, New York  
       August 30, 2010

BORGES & ASSOCIATES, LLC

Attorneys for the Office Committee of Unsecured Creditors

By:   s/Wanda Borges  
Wanda Borges (wb4904)  
BORGES & ASSOCIATES, LLC  
575 Underhill Blvd., Suite 118  
Syosset, New York 11791  
Tel. No.: (516) 677-8200 x225  
E-mail: borgeslawfirm@aol.com