UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA (OMAHA)

In re:
PROFESSIONAL VETERINARY
PRODUCTS, LTD

Debtor.

Case No. 10-82436

Chapter 11

NOTICE OF TRANSFER OF CLAIM (APPEARING IN THE DEBTORS SCHEDULES) PURSUANT TO F.R.B.P. 3001(E)(1) or (3)

To: (Transferor)

Derma Pet Inc.
8909 Iverleigh Ct
Potomac, MD 20854

Your claim, in the amount of $52,263.40 has been transferred, unless previously expunged by court order to:

Riverside Claims LLC
Post Office Box 626
Planetarium Station
New York, NY 10024-0540

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE YOU MUST FILE A WRITTEN OBJECTION WITH:

UNITED STATES BANKRUPTCY COURTS
DISTRICT OF NEBRASKA
111 SOUTH 18TH PLAZA
SUITE 1125
OMAHA, NE 68102-1125

-- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE

Refer to Internal Control No._____ in your objection.
If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

CLERK

FOR CLERK USE ONLY: THIS NOTICE WAS MAILED TO THE FIRST NAMED PARTY BY FIRST CLASS MAIL, POSTAGE PAID ON _____, 2010.

INTERNAL CONTROL NO._____
Claims Agent Noticed: (Name of Outside Agent)_____
Copy to Transferee:_____
Deputy Clerk

**EVIDENCE OF TRANSFER OF CLAIM**

**Derma Pet Inc.**, a ___FLORIDA___ corporation, for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Riverside Claims LLC, with a mailing address of PO Box 626, Planetarium Station, New York, New York 10024, its successors and assigns ("Assignee") all rights, title and interest in and to the claims of Assignor in the aggregate amount of **$55,228.26** [as stated in the Proof of Claim/ Debtor's Schedules] against **Professional Veterinary Products, Ltd.** (the "Claim") in the United States Bankruptcy Court for the **District of Nebraska (Omaha Office), Case No. 10-82436** or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in U.S. Dollars, unless specifically notated otherwise and initialed by Assignee.

IN WITNESS WHEREOF, dated the __31__ day of __August__ 2010.

WITNESS:

_____
(Signature)

DAVID BROWN, CFO
(Print name and title of witness)

By:_____
(Signature of authorized corporate officer)

_____Steve Melmey_____
(Print name and title of authorized corporate officer)

_____301-9838382_____
(Telephone number of corporate officer)

4