B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT | District of Nebraska (Omaha) | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: Professional Veterinary Products, LTD. | | Case Number: 10-82436 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Riverside Claims LLC as assignee for Stenner Pump Company | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent: Riverside Claims LLC<br>Telephone number: P.O. Box 626<br>Planetarium Station<br>New York, NY 10024 | **Court Claim Number:**_____<br>(*If known*)<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:** $ 5,108.71

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
(See instruction #2 on reverse side.)

**3.** Last four digits of any number by which creditor identifies debtor: _____

**3a.** Debtor may have scheduled account as: _____ (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.) Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:

Value of Property:$_____ Annual Interest Rate___%    Amount of arrearage and other charges as of time case filed included in secured claim, if any:
$_____ Basis for perfection: _____

**Amount of Secured Claim:** $_____   **Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a)(7)(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).
☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).
☒ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(_)
   11 USC §503(b)(9)
**Amount entitled to priority:**
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| Date:<br>09/02/2010 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*[signature]*<br><br>Neil Herskowitz, President of Riverside Claims LLC | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



**STENNER PUMP COMPANY**
PAYMENTS:
P.O. Box 105267 • Atlanta, GA 30348-5267
PH: 904-641-1666 • FAX: 904-642-1012
E-Mail: sales@stenner.com
ALL OTHER CORRESPONDENCE:
3174 DeSalvo Road • Jacksonville, FL 32246

| INVOICE NO. | INVOICE DATE | PAGE |
|---|---|---|
| 237639 | 05/21/10 | 1 |
| TERMS | | |
| Net 30 Days | | |

**BILL TO:**
PROFESSIONAL VETERINARY PRODUCTS LTD.
10077 SOUTH 134TH STREET

OMAHA, NE 68138
United States of America

**SHIP TO:**
PROFESSIONAL VETERINARY PRODUCTS LTD.
1119 CENTER STREET

NORTH MANKATO, MN 56003
United States of America

| ORDER NO. | ORDER DATE | CUSTOMER NO. | LOC | SALESPERSON |
|---|---|---|---|---|
| 218314 | 05/20/2010 | 100475 | KC | 310 |

| CUSTOMER P.O. NUMBER | JOB NUMBER | SHIP VIA | PPD / COL |
|---|---|---|---|
| 800940 | | FEDEX NAT'L FREIGHT | |

| QTY ORDERED | UOM | ITEM NUMBER / DESCRIPTION | QTY SHPPED / RETURNED / QTY BACKORDERD | UNIT PRICE USD | DISC % | EXTENDED PRICE USD |
|---|---|---|---|---|---|---|
| 12.00 | EA | PCM10<br>PUMP CONTROL MODULE<br>1.0 - 10.0 SEC | 12.00 | 102.406 | | 1,228.88 |

Serial No. 022510000301134 032910000301754 032910000301755 032910000301756 032910000301757
032910000301758 052010000303199 052010000303200 052010000303201 052010000303202
052010000303203 052010000303204

| 2.00 | EA | WM2001G<br>2" METER, 1 GALLON/PULSE<br>MJR-200-1G | 2.00 | 316.064 | | 632.13 |
| 3.00 | EA | 45MFH2A1SUAA<br>45MPHP10 PUMP FX 100PSI<br>10GPD 120V/60HZ 1/4W | 3.00 | 154.652 | | 463.96 |

Serial No. 052010000303178 052010000303179 052010000303180

| 6.00 | EA | 85MFH2A1SUAA<br>85MPHP17 PUMP FX 100PSI<br>17GPD 120V/60HZ 1/4W | 6.00 | 154.652 | | 927.91 |

Serial No. 052010000303181 052010000303182 052010000303183 052010000303184 052010000303185
052010000303186

| 12.00 | EA | 85MFH7A1SUAA<br>85MPHP40 PUMP FX 100PSI<br>40GPD 120V/60HZ 1/4W | 12.00 | 154.652 | | 1,855.83 |

Serial No. 052010000303187 052010000303188 052010000303189 052010000303190 052010000303191
052010000303192 052010000303193 052010000303194 052010000303195 052010000303196
052010000303197 052010000303198

| SALE AMOUNT | MISCELLANEOUS | SHIPPING/FREIGHT | SALES TAX | TOTAL | AMOUNT RECEIVED |
|---|---|---|---|---|---|
| 5,108.71 | .00 | .00 | .00 | 5,108.71 | .00 |

ORIGIN OF GOODS: USA

**BALANCE DUE U.S. DOLLARS**
5,108.71