UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA (OMAHA)

| | |
|---|---|
| In re:<br>PROFESSIONAL VETERINARY<br>PRODUCTS, LTD<br><br>Debtor. | Case No. 10-82436<br><br>Chapter 11 |

NOTICE OF TRANSFER OF CLAIM #46 PURSUANT TO F.R.B.P. 3001(E)(2) or (4)

To: (Transferor)

Vedco
5503 Corporate Drive
Saint Joseph
MO 64507

Your claim, in the amount of $3,039.84 has been transferred, unless previously expunged by court order to:

Riverside Claims LLC
Post Office Box 626
Planetarium Station
New York, NY 10024-0540

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE YOU MUST FILE A WRITTEN OBJECTION WITH:

UNITED STATES BANKRUPTCY COURTS
DISTRICT OF NEBRASKA
111 SOUTH 18TH PLAZA
SUITE 1125
OMAHA, NE 68102-1125

-- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE

Refer to Internal Control No._____ in your objection.
If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

_____
CLERK

FOR CLERK USE ONLY: THIS NOTICE WAS MAILED TO THE FIRST NAMED PARTY BY FIRST CLASS MAIL, POSTAGE PAID ON _____, 2010.

INTERNAL CONTROL NO._____
Claims Agent Noticed: (Name of Outside Agent)_____
Copy to Transferee:_____
Deputy Clerk

EVIDENCE OF TRANSFER OF CLAIM

Vedco, a _Delaware_ corporation, for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Riverside Claims LLC, with a mailing address of PO Box 626, Planetarium Station, New York, New York 10024, its successors and assigns ("Assignee") all rights, title and interest in and to the claims of Assignor in the aggregate amount of **$3,039.84** [as stated in the Proof of Claim/ Debtor's Schedules] against **Professional Veterinary Products, Ltd.** (the "Claim") in the United States Bankruptcy Court for the **District of Nebraska (Omaha Office), Case No. 10-82436** or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in U.S. Dollars, unless specifically notated otherwise and initialed by Assignee.

IN WITNESS WHEREOF, dated the 26th day of August 2010.

WITNESS:

_____
(Signature)

Debbie J. Steeby / Office Mgr
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Craig S Campbell, Treasurer
(Print name and title of authorized corporate officer)

816-238-8840
(Telephone number of corporate officer)

4



FILE
Remit to:
Vedco, Inc.
Attn: Donna Streeby
5503 Corporate Drive
Saint Joseph, MO 64507

File No: 701084

**BILL TO**
PVPNE
PROFESSIONAL VET PRODUCTS
PROFESSIONAL VET PRODUCTS
10077 S. 134TH ST
OMAHA    NE  68138

**SOLD TO**
PVPNE
***** SAME ADDRESS *****

COPY

| CUSTOMER P.O. | Sales Person | Ship Via | Terms | Invoice Date | Due Date | PAGE |
|---|---|---|---|---|---|---|
| 234482 | | OVERNITE FREIGH | NET 30 | 06/30/10 | 07/30/10 | 1 |

| QUANTITY ORDERED | BACK ORD. | SHIPPED | DESCRIPTION | | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 12 | | 12 | VINV-VT50-0300      18<br>URINE-OFF CAT INDUCTION SEALED 500 ML<br>  12.00   EXP.         LOT.0 | | 1 | 91.44 | 1097.28 |
| 8 | | 8 | VINV-VT50-1100      18<br>URINE-OFF DOG & PUPPY INDUCTION SEALED 500ML<br>  8.00   EXP.         LOT.0 | | 2 | 91.44 | 731.52 |
| 2 | | 2 | VINV-VT61-0000      12<br>URINE-OFF VET WIPES 35 CT<br>  2.00   EXP.         LOT.0 | | 3 | 50.16 | 100.32 |
| 96 | | 96 | VINV-0PSC-0060      12<br>PHYCOX SOFT CHEWS 60CT<br>  12.00  EXP.04/30/13  LOT.003041<br>  84.00  EXP.04/30/13  LOT.003341 | | 4 | 11.57 | 1110.72 |
| 96 | | 96 | VINV-0PSC-0010      12<br>PHYCOX SOFT CHEWS 10 CT<br>  96.00  EXP.05/31/13  LOT.003911 | | 5 | .00 | .00 |

---VEDCO Permits--
DEA: RV0240589
MO : 9000234
FL : 23:01857
OK : 88W-1339

| | |
|---|---|
| TOTAL MERCHANDISE | 3039.84 |
| PLUS: FRGHT CHARGE | .00 |
| SALES | .00 |
| OTHER | .00 |
| PAID AMOUNT | .00 |
| INVOICE TOTAL | 3039.84 |

We hereby acknowledge reciept of the FDA Guide NO. 7125.35. We
understand that human label products are only intended for sale,
distribution and/or use:

- by licensed veterinarians
- by licensed/registered distributors
- in non-food producing animals
- where an approved veterinary version of a product is not available.

further acknowledge that we have in place procedures specifically
designed to assure compliance with the FDA Guide No. 7125.32

VEDCO, INC.
5503 CORPORATE DRIVE
ST. JOSEPH, MO. 64507
(816) 238-8840 FAX (816) 238-1837

401414P06P071001--v7.6