B210
(12/04)

# In the United States Bankruptcy Court

## For the District Of Nebraska

In re: Professional Veterinary Products, Ltd., et al.

Case No. 10-82436

Debtor.

Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| Southpaw Koufax, LLC<br>Name of Transferee | Neogen Corporation<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>Southpaw Koufax, LLC<br>2 West Greenwich Office Park, 1st Floor<br>Greenwich, CT 06831<br>Attn:   Jeffrey H. Cohen<br>         Howard J. Golden<br>Phone: (203) 862-6208<br>Last Four Digits of Acct #: _____ | Court Record Address of Transferor<br>(Court Use Only)<br><br><br><br><br><br>Last Four Digits of Acct. #: _____ |
| Name and Address where transferee payments should be sent (if different from above)<br><br><br>Phone: _____<br>Last Four Digits of Acct #: _____ | Name and Current Address of Transferor<br>Neogen Corporation<br>620 Lesher Place<br>Lansing, Michigan 48912<br><br>Last Four Digits of Acct. #: _____ |

Court Claim # (if known): See Schedule F
Date Claim Filed:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
     Jeff Cohen

Date: October 11, 2010

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
CLERK OF THE COURT

## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

Claim #:    See Schedule F

For good and valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged, Neogen Corporation, (the "Seller") its successors and assigns, does hereby unconditionally and irrevocably sell, transfer and assign unto Southpaw Koufax, LLC its successors and assigns (the "Buyer"), all rights, title, interest, claims and causes of action in and to, or arising under or in connection with Seller's claim identified on Schedule F in the amount of $211,891.12 (the "Claim") against Professional Veterinary Products, Ltd. (the "Debtor"), one of the debtors in the Chapter 11 bankruptcy case entitled In re Professional Veterinary Products Ltd., Case No. 10-82436 pending in the United States Bankruptcy Court for the District of Nebraska (the "Bankruptcy Court") and all proofs of claim filed by Seller in respect thereof.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

(The remainder of this page has been intentionally left blank)

(Signature page to follow)

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 7, 2010.

| NEOGEN CORPORATION | SOUTHPAW KOUFAX, LLC |
|---|---|
| By: *(signature)* | By: _____ |
| Name: RICHARD R. CURRENT | Name: |
| Title: VICE PRESIDENT & CFO | Title: |

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 7, 2010.

| **NEOGEN CORPORATION** | **SOUTHPAW KOUFAX, LLC** |
|---|---|
| By: _____ | By: _____ |
| Name: | Name: Kevin Wyman |
| Title: | Title: Member |