# UNITED STATES BANKRUPTCY COURT

## District of Nebraska

In re: Professional Veterinary Products, Ltd.     Case No. 10-82436

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TRC MASTER FUND LLC<br>Name of Transferee | PALA TECH LABORATORIES<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>336 Atlantic Avenue Suite 302<br>East Rockaway, NY 11518<br><br>Phone: 516-255-1801<br>Last four digits of Acct#: N/A<br><br>Name and address where transferee payments should be sent (if different from above):<br><br>Phone: N/A<br>Last four digits of Acct#: N/A | Court Claim # (if known): N/A<br>Amount of Claim: USD$19,580.66<br>Date Claim Filed: N/A<br><br>Phone: (888) 337-2446<br>Last four digits of Acct.# N/A<br><br>Name and Current Address of Transferor:<br><br>PALA TECH LABORATORIES<br>3720 South 6th Street, Unit D<br>Lincoln, NE 68502 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Terrel Ross                                    Date: March 16, 2011
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Nebraska
111 South 18th Plaza, Suite 1125
Omaha, NE 68102
Attention: Clerk

AND TO: PROFESSIONAL VETERINARY PRODUCTS, LTD. ("Debtor")
Case No. 10-82436

Claim # N/A

**PALA TECH LABORATORIES**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$19,580.66** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS _16th_ DAY OF ___March___, 2011.

ASSIGNOR: PALA TECH LABORATORIES

_(signature)_
(Signature)

_Raymond L Cooper_
(Print Name)

_VP - Sales + Marketing_
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_(signature)_
(Signature)

_Terrel Ross_
(Print Name)

_Managing Member_
(Title)

In re  Professional Veterinary Products, Ltd.  Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. x6950<br>P H White Co<br>P H White Farms<br>PO Box 155<br>Dyersburg, TN 38025-0155 | | | Inventory | | | | |
| Account No. xxxx3176<br>Packaging Credit Company<br>36596 Treasury Center<br>Chicago, IL 60694-6500 | | | Expenses | | | | 2,540.52 |
| Account No. xxxx1115<br>Pala Tech Laboratories<br>PO Box 22732<br>Lincoln, NE 68542 | | | Inventory | | | | 10,513.09 |
| Account No. xxx6500<br>Palacios Veterinary Clinic<br>FM 2853 & Hwy 35<br>PO Box 990<br>Palacios, TX 77465 | | | VOR Commission | | | | 19,580.66 |
| Account No. x3990<br>Palmer Cap Chur Equipment Inc<br>Palmer Village<br>PO Box 867<br>Douglasville, GA 30133 | | | Inventory | | | | Unknown |

Sheet no. 122 of 177 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 33,041.87
407.60

---

In re  Professional Veterinary Products, Ltd.  Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx3498<br>PALS<br>3735 West 1st Ave<br>Willmar, MN 56201 | | | Inventory | | | | 5,066.74 |
| Account No. xxxx1031<br>Panama Transfer Inc<br>600 La Salle Ave<br>Panama, IA 51562 | | | Expenses | | | | 322.27 |
| Account No. xxx2___<br>Patrick Regier DVM<br>11360 NW Meadowlark Road<br>Whitewater, KS 67154 | | | Inventory | | | | 6,689.88 |
| Account No. xxxx1841<br>PayFlex Systems USA Inc<br>10802 Farnam Drive Ste 100<br>Omaha, NE 68154 | | | VOR Commission | | | | Unknown |
| | | | Expenses | | | | 173.25 |

Sheet no. 123 of 177 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 12,252.14