UNITED STATES BANKRUPTCY COURT

District of Nebraska

In re: Professional Veterinary Products, Ltd.    Case No. 10-82436

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| TRC MASTER FUND LLC | PET-AG CO |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518

Phone: 516-255-1801
Last four digits of Acct#:  N/A

Name and address where transferee payments should be sent (if different from above):

Phone: N/A
Last four digits of Acct#:  N/A

Court Claim # (if known): N/A
Amount of Claim: USD$17,499.94
Date Claim Filed: N/A

Phone: (847) 683-2288
Last four digits of Acct.#  N/A

Name and Current Address of Transferor:

PET-AG CO
255 Keyes Avenue
Hampshire, IL 60140

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Terrel Ross                                            Date: March 18, 2011
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
District of Nebraska
111 South 18th Plaza, Suite 1125
Omaha, NE 68102
Attention: Clerk

AND TO: PROFESSIONAL VETERINARY PRODUCTS, LTD. ("Debtor")
Case No.10-82436

Claim # N/A

**PET-AG CO**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$17,499.94** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __17TH__ DAY OF ____March____, 2011.

ASSIGNOR: PET-AG CO

_____
(Signature)

__GEORGE K. GILL__
(Print Name)

__SHAREHOLDER__
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

__Terrel Ross__
(Print Name)

__Managing Member__
(Title)

In re Professional Veterinary Products, Ltd. , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community | Contingent / Unliquidated / Disputed | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Account No. xxx6100<br><br>Pearsall Veterinary Clinic<br>412 W Comal St<br>Pearsall, TX 78061 | | - | | VOR Commission | Unknown |
| Account No. x4340<br><br>Bella Products Inc<br>35 Broadway<br>PO Box 324<br>Pella, IA 50219 | | - | | Inventory | 746.81 |
| Account No. xxxx1805<br><br>Penn Waste Inc<br>PO Box 3066<br>York, PA 17402 | | - | | Expenses | 402.50 |
| Account No. xxxx2301<br><br>Penske Truck Leasing Co LP<br>PO Box 827380<br>Philadelphia, PA 19182-7380 | | - | | Expenses | 20,747.83 |
| Account No. xxxx2799<br><br>Performance Award Center Inc<br>File 916241<br>PO Box 961094<br>Fort Worth, TX 76161-1094 | | - | | Expenses | 602.[?] |
| | | | | Subtotal<br>(Total of this page) | 22,500.13 |

Sheet no. 124 of 177 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

---

In re Professional Veterinary Products, Ltd. , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community | Contingent / Unliquidated / Disputed | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Account No. xxx7300<br><br>Performance Equine Assoc<br>15257 Hwy 377<br>Whitesboro, TX 76273 | | - | | VOR Commission | Unknown |
| Account No. xxxx3568<br><br>Performance Products Inc<br>321 N 22nd St<br>Saint Louis, MO 63103 | | - | | Inventory | 200.70 |
| Account No. x5796<br><br>Pet King Brands<br>710 Vandustrial Dr<br>Westmont, IL 60559 | | - | | Inventory | 120,652.56 |
| Account No. x5797<br><br>Pet Labs 360<br>4 Kuhl Avenue<br>Hicksville, NY 11801 | | - | | Inventory | 1,408.83 |
| Account No. x4360<br><br>Pet-Ag Co<br>PO Box 5998<br>Carol Stream, IL 60197 | | - | | Inventory | 17,499.94 |
| | | | | Subtotal<br>(Total of this page) | 139,762.03 |

Sheet no. 125 of 177 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims