United States Bankruptcy Court
For the District Of Nebraska

| | |
|---|---|
| PROFESSIONAL VETERINARY PRODUCTS LTD | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 10-82436 |
| <u>Debtor</u> | } **Amount $1,432.66** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**PLATTE VALLEY FARRIER SUPPLY**
**LUCKEY D TRACK SHOP**
**21689 NORTH STAR DRIVE 104**
**GRETNA, NE 68028**

The transfer of your claim as shown above in the amount of **$1,432.66** has been transferred to:

> Liquidity Solutions Inc
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

<u>By/s/Eric Horn</u>
Liquidity Solutions Inc
(201) 968-0001

497865

## TRANSFER NOTICE

PLATTE VALLEY FARRIER SUPPLY / LUCKY D TACK SHOP ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Professional Veterinary Products, Ltd. ("Debtor"), in the aggregate amount of $1,432.66 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Nebraska, Case No. 10-82436.

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2010.

PLATTE VALLEY FARRIER SUPPLY /          Liquidity Solutions, Inc.
LUCKY D TACK SHOP

BY _____              _____
     (Signature)                             (Signature)

Deborah M. Dyer                         Eric Horn
(Print Name and Title)                  (Print Name)
     Pres.

497865