United States Bankruptcy Court
For the District Of Nebraska

| | |
|---|---|
| PROFESSIONAL VETERINARY PRODUCTS LTD | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 10-82436 |
| Debtor | } **Amount $3,477.48** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**SCIL ANIMAL CARE COMPANY**
**151 NORTH GREENLEAF**
**GURNEE, IL 60031**


The transfer of your claim as shown above in the amount of **$3,477.48** has been transferred to:

>Liquidity Solutions Inc
>One University Plaza
>Suite 312
>Hackensack, NJ 07601


No action is required if you do not object to the transfer of your Claim.



>By/s/Eric Horn
>Liquidity Solutions Inc
>(201) 968-0001


497838

## TRANSFER NOTICE

SCIL ANIMAL CARE COMPANY ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Professional Veterinary Products, Ltd. ("Debtor"), in the aggregate amount of $3,477.48 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Nebraska, Case No. 10-82436.

IN WITNESS WHEREOF, Assignor has signed below as of the 05 day of May, 2011.

SCIL ANIMAL CARE COMPANY                                Liquidity Solutions, Inc.

By: _____                                 _____
(Signature)                                              (Signature)

G Tyner, Accountant                                      Eric Horn
(Print Name and Title)                                   (Print Name)