IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In re: | ) | Case No. 10-82436 |
| | ) | |
| PROFESSIONAL VETERINARY PRODUCTS, LTD., | ) | |
| A NEBRASKA CORPORATION, | ) | CHAPTER 11 |
| | ) | |
| Debtor, | ) | |
| In re: | ) | Case No. 10-82438 |
| | ) | |
| EXACT LOGISTICS, LLC, | ) | |
| | ) | CHAPTER 11 |
| Debtor, | ) | |
| In re: | ) | Case No. 10-82437 |
| | ) | |
| PROCONN, LLC, | ) | |
| | ) | CHAPTER 11 |
| Debtor, | ) | |

**Claim No.: n/a**
**Date Filed: n/a**
**Claim Amount: $32,515.83**

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**
**PURSUANT TO FRBP RULE 3001(e)(1)**

**TO:    TRANSFEROR:    IMV International Corp.**
11725-95 Avenue North
Maple Grove, MN 55369

PLEASE TAKE NOTICE of the transfer of all right, title and interest in the claim as listed in the Debtor's Schedule F in the amount of $32,515.83 as evidenced by the attached Evidence of Transfer of Clam to:

**TRANSFEREE:    Pioneer Credit Opportunities Fund, LP**
(where notices and    Greeley Square Station, P.O. Box 20188
payments to transferee    39 W. 31st Street
should be sent)    New York, NY 10001

No action is required. IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

– FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
– SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
– IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
– IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

## EVIDENCE OF TRANSFER OF CLAIM

IMV International Corp., its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Pioneer Credit Opportunities Fund, L.P., having an address at Greeley Square Station, P.O. Box 20188, New York, NY 10001, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM AGREEMENT between Assignor and Assignee (the "Agreement"), all of Assignor's rights, title and interest in and to the Claim of Assignor in the aggregate amount of $32,515.83 as listed in the Debtor's Schedule F against Professional Veterinary Products, Ltd., Case No. 10-82436 in the United States Bankruptcy Court for the District of Nebraska, jointly administered under Case No. 10-82436.

Assignor hereby unconditionally and explicitly waives (a) its right to raise any objection to the transfer hereto, and (b) any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules. Assignor further stipulates that an order may be entered recognizing this Assignment of Claim Agreement as an unconditional assignment and the Assignee herein as the valid owner of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed this 19th day of July, 2011.

ASSIGNOR:

_____
(Signature)

Joseph Blashack
(Print Name)

IMV International Corp.
(Company Name)

Acct/Finance Manager
(Title)

ASSIGNEE:

_____
(Signature)

Adam D. Stein-Sapir
(Print Name)

Pioneer Credit Opportunities Fund, L.P.
(Company Name)

President
(Title)