UNITED STATES BANKRUPTCY COURT

District of Nebraska

In re: <u>Professional Veterinary Products, Ltd.</u>   Case No. <u>10-82436</u>

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC MASTER FUND LLC</u><br>Name of Transferee | <u>PIONEER CREDIT OPPORTUNITIES FUND, LP</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>336 Atlantic Avenue Suite 302<br>East Rockaway, NY 11518<br><br>Phone: <u>516-255-1801</u><br>Last four digits of Acct#: <u>N/A</u> | Court Claim # (if known): <u>N/A</u><br>Amount of Claim: <u>USD$376,493.12</u><br>Date Claim Filed: <u>N/A</u><br><br>Phone: <u>(646) 237-6969</u><br>Last four digits of Acct.# <u>N/A</u><br><br>Name and Current Address of Transferor:<br><br>PIONEER CREDIT OPPORTUNITIES FUND, LP<br>Greely Square Station<br>PO Box 20188<br>New York, NY 10001 |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: <u>N/A</u><br>Last four digits of Acct#: <u>N/A</u> | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>                                                    Date: <u>July 25, 2011</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO:  United States Bankruptcy Court ("Bankruptcy Court")
District of Nebraska
111 South 18th Plaza, Suite 1125
Omaha, NE 68102
Attention: Clerk

AND TO:  PROFESSIONAL VETERINARY PRODUCTS, LTD.   ("Debtor")
Case No.10-82436

Claim # N/A

**PIONEER CREDIT OPPORTUNITIES FUND, LP,** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$376,493.12** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS  22  DAY OF ___July___, 2011.

ASSIGNOR: PIONEER CREDIT
OPPORTUNITIES FUND, LP

_____
(Signature)

_Adam D. Stein-Sapir_
(Print Name)

_Managing Member_
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

_Terrel Ross_
(Print Name)

Managing Member
(Title)

Case 10-82436-TJM Doc 907 Filed 07/25/11 Entered 07/25/11 13:29:20 Desc Main
Case 10-82436-TJM Doc 5-5 Filed 08/20/10 Entered 08/20/10 15:02:47 Desc
Schedule F Page 3 of 3
Document Page 90 of 42

B6F (Official Form 6F) (12/07) - Cont.

In re  Professional Veterinary Products, Ltd. , Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx2650<br><br>Viapac Packaging & Supply<br>1901 Hur Industrial Blvd<br>Cedar Park, TX 78613 | - | | Inventory | | | | 8,933.05 |
| Account No. xxxx0782<br><br>Virbac Corp<br>Attn: Patti Rucas<br>PO Box 731119<br>Dallas, TX 75373-1119 | - | | Inventory | | | | 376,493.12 |
| Account No. xxxx0788<br><br>Vitality Systems Inc<br>630 Brooker Creek Blvd Ste 340<br>Oldsmar, FL 34677 | - | | Inventory | | | | 30,477.06 |
| Account No. xxxx0983<br><br>Vortech Pharmaceuticals<br>PO Box 189<br>Dearborn, MI 48121 | - | | Inventory | | | | 24,274.58 |
| Account No. x6680<br><br>Wadsworth Manufacturing<br>35008 Dublin Gulch Rd<br>Saint Ignatius, MT 59865 | - | | Inventory | | | | 418.64 |

Sheet no. __170__ of __177__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  440,596.45