UNITED STATES BANKRUPTCY COURT

District of Nebraska

In re: Professional Veterinary Products, Ltd.    Case No. 10-82436

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

TRC MASTER FUND LLC
Name of Transferee

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518

Phone: 516-255-1801
Last four digits of Acct#:  N/A

Name and address where transferee payments should be sent (if different from above):

Phone: N/A
Last four digits of Acct#:  N/A

KENDALL/COVIDIEN
Name of Transferor

Court Claim # (if known): N/A
Amount of Claim: USD$426,490.02
Date Claim Filed: N/A

Phone: (800) 962-9888
Last four digits of Acct.#  N/A

Name and Current Address of Transferor:

KENDALL/COVIDIEN
15 Hampshire Street
Mansfield, MA 02048

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Terrel Ross                                    Date: July 26, 2011
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Exhibit A to Assignment of Claim

TO:   United States Bankruptcy Court ("Bankruptcy Court")
      District of Nebraska
      111 South 18th Plaza, Suite 1125
      Omaha, NE 68102
      Attention: Clerk

AND TO:   PROFESSIONAL VETERINARY PRODUCTS, LTD.   ("Debtor")
          Case No.10-82436

Claim # N/A

KENDALL/COVIDIEN, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
336 Atlantic Avenue Suite 302
East Rockaway, NY 11518
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of USD$426,490.02 ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS _26_ DAY OF _July_, 2011.

ASSIGNOR: KENDALL/COVIDIEN

(Signature)

(Print Name) Michael V Rotella

(Title) Director Global Credit

*Michael Vincent Rotella Jr.*
*Global Director of Credit*
*Covidien*

ASSIGNEE: TRC MASTER FUND LLC

(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

B6F (Official Form 6F) (12/07) - Cont.

In re   Professional Veterinary Products, Ltd.                              Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx3410<br><br>Karalex Pharma LLC<br>Lockbox 7376<br>PO Box 8500<br>Philadelphia, PA 19178-7376 | | - | Inventory | | | | 8,268.00 |
| Account No. xxx6200<br><br>Karrenbrock Vet Clinic<br>Rt 4 Box 123<br>Okarche, OK 73762 | | - | VOR Commission | | | | Unknown |
| Account No. xxx9400<br><br>Katy Vet Clinic<br>27227 Hwy Blvd<br>Katy, TX 77494 | | - | VOR Commission | | | | Unknown |
| Account No. xxx7402<br><br>Keck and Associates<br>20772 Bug Scuffle Rd<br>PO Box 543<br>West Fork, AR 72774-9659 | | - | VOR Commission | | | | Unknown |
| Account No. x5360<br><br>Kendall/Covidien<br>Attn: Missy Silver<br>Department 00 10318<br>Palatine, IL 60055-0318 | | - | Inventory | | | | 426,490.02 |

Sheet no. __94__ of __177__ sheets attached to Schedule of       Subtotal
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)   434,758.02