United States Bankruptcy Court
For the District Of Nebraska

| | |
|---|---|
| Professional Veterinary Products Ltd | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 10-82436 |
| Debtor | } Amount **$1,421.35** |

*As Set Forth On Schedule F*

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**Medical ID Systems ,Inc**
**3954 44TH ST SE**
**GRAND RAPIDS, MI 49512**

The transfer of your claim as shown above in the amount of **$1,421.35** has been transferred to:

> Liquidity Solutions Inc
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By/s/Gerald Jospitre
Liquidity Solutions Inc
(201) 968-0001

514072

In re  **Professional Veterinary Products, Ltd.**,         Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. x6205<br><br>McKesson Medical Surgical Inc<br>1564 NE Expressway Access Rd NE<br>PO Box 933027<br>Atlanta, GA 31193-3027 | | - | Inventory | | | | 72,986.93 |
| Account No. x3675<br><br>Medical ID Systems Inc<br>3954 44th St SE<br>Grand Rapids, MI 49512 | | - | Inventory | | | | 1,421.35 |
| Account No. xxxx3941<br><br>MediVet Products<br>2311 Seipstown<br>Fogelsville, PA 18051 | | - | Inventory | | | | 2,267.50 |
| Account No. xxxx0794<br><br>Medline Industries Inc<br>Dept CH 14400<br>Palatine, IL 60055-4400 | | - | Inventory | | | | 24,486.37 |
| Account No. xxxx2267<br><br>MedPharmex Animal Health<br>PO Box 678667<br>Dallas, TX 75267-8667 | | - | Inventory | | | | 93,936.60 |

Sheet no. **107** of **177** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims         Subtotal (Total of this page)    195,098.75

## TRANSFER NOTICE

MEDICAL ID SYSTEMS INC ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Professional Veterinary Products, Ltd. ("Debtor"), in the aggregate amount of $1,421.35 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Nebraska, Case No. 10-82436.

IN WITNESS WHEREOF, Assignor has signed below as of the 1st day of August, 2011.

MEDICAL ID SYSTEMS INC

By: _____
(Signature)

Karen Aterink
(Print Name and Title)

LIQUIDITY SOLUTIONS, INC

_____
(Signature)

Gerald Scopitse
(Print Name)