United States Bankruptcy Court
For the District Of Nebraska

| | |
|---|---|
| PROFESSIONAL VETERINARY PRODUCTS LTD | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 10-82436 |
| Debtor | } Amount **$17,115.13** |

*AS SET FORTH ON SCHEDULE F*

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**CARE EXPRESS PRODUCTS**
**317 CARY POINT DR**
**CARY, IL 60013**

The transfer of your claim as shown above in the amount of **$17,115.13** has been transferred to:

> Liquidity Solutions Inc
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.


By/s/Gerald Jospitre
Liquidity Solutions Inc
(201) 968-0001


497960

B6F (Official Form 6F) (12/07) - Cont.

In re **Professional Veterinary Products, Ltd.**, Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx3832<br><br>Cardinal Industries<br>724 Commerce St<br>Aberdeen, SD 57401 | | - | Inventory | | | | 231.45 |
| Account No. x4375<br><br>Care Express Products<br>317 Cary Point Dr<br>Cary, IL 60013 | | - | Inventory | | | | 17,115.13 |
| Account No. xxx8800<br><br>Carlos Bonnot PC DBA Wharton Vet Clinic<br>1518 Hwy 60 South<br>Wharton, TX 77488 | | - | VOR Commission | | | | Unknown |
| Account No. xxx3100<br><br>Carlyle Animal Hospital Inc<br>1211 Ridge St<br>Carlyle, IL 62231 | | - | VOR Commission | | | | Unknown |
| Account No. xxx2500<br><br>Carson Veterinary Clinic LLC<br>105 Broadway<br>PO Box 506<br>Carson, IA 51525 | | - | VOR Commission | | | | Unknown |

Sheet no. __29__ of __177__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    17,346.58

## TRANSFER NOTICE

CARE EXPRESS PRODUCTS ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Professional Veterinary Products, Ltd. (the "Debtor"), in the aggregate amount of $17,115.13 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, District of Nebraska, administered as Case No. 10-82436.

IN WITNESS WHEREOF, Assignor has signed below as of the __16__ day of __August__, 2011.

CARE EXPRESS PRODUCTS			Liquidity Solutions, Inc.

_____			_____
(Signature)					(Signature)

__Scott Coffey__				__Gerald Jospitre__
(Print Name)					(Print Name)

497960